**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jorge OLALDE-GONZALEZ,**
**Defendant-Appellant**

**No. 15-10869**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 10, 2017

Timothy W. Funnell, Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Kevin Joel Page, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:*

The Supreme Court granted Jorge Olalde-Gonzalez's petition for writ of certiorari, vacated this court's judgment, and

determined that this opinion should not be

remanded the case for further consideration in light of *Mathis v. United States*, — U.S. —, 136 S.Ct. 2243, 195 L.Ed.2d 604 (2016). *See Olalde–Gonzalez v. United States*, — U.S. —, 137 S.Ct. 296, 196 L.Ed.2d 209 (2016) (mem.). While the defendant raised multiple contentions on appeal, the only issue presented in light of *Mathis* is whether the district court plainly erred by enhancing the defendant's sentence based on a prior Texas burglary conviction. Prior to *Mathis*, the defendant conceded that his argument was foreclosed by *United States v. Conde–Castaneda*, 753 F.3d 172 (5th Cir. 2014). *See United States v. Olalde–Gonzalez*, 642 Fed.Appx. 426, 428 (5th Cir. 2016).

The Fifth Circuit has since confronted the issue of whether *Mathis* "disturbs *Conde–Castaneda*," and we held "that it does not." *United States v. Uribe*, 838 F.3d 667, 670 (5th Cir. 2016). Following *Uribe*, we held this case in abeyance while the *Uribe* defendant sought *en banc* review. The petition for rehearing *en banc* was denied on January 30, 2017, and this case is ripe for disposition. *Uribe* controls. Accordingly, the sentence is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.